UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: EDWARD CHARLES CHUNG, Esquire, Admitted to the Bar of the Ninth Circuit: August 1, 2018,

Respondent.

No. 23-80073

ORDER

Before: SCHROEDER, BERZON, and OWENS, Circuit Judges.

In an order dated June 26, 2023, this court found that attorney Edward Charles Chung ("Chung") had fabricated a news article and "'filed it with the intent to mislead the court,' and that in so doing Chung 'perpetuated a fraud upon the court.'" *Al-Qarqani v. Chevron Corp.*, No. 19-17074, Ord. at 2, (9th Cir. June 26, 2023). Chung also violated an order of this court when he refused to appear for the August 26, 2022 hearing before the court's Special Master charged with investigating the news article.

Chung is directed to show cause in writing why he should not be sanctioned, suspended, or disbarred from practice before this court for violating rules of professional conduct and for conduct unbecoming a member of this court's bar. *See* Fed. R. App. P. 46(b)(1)(B), (c); 9th Cir. R. 46-2(a), (d), (i); Circuit Advisory Note to 9th Cir. R. 46-2; 9th Cir. Gen. Ord. 12.9(a); *see also Chambers v. Nasco, Inc.*, 501 U.S. 32, 45-50 (1991). The response is due within 28 days of this order.

OSA174

The response to the order to show cause may also include a request for a hearing. *See* 9th Cir. R. 46-2(d).

If Chung does not request a hearing within 28 days, he will be deemed to have waived his right to a hearing. *See* Fed. R. App. P. 46(b), (c); 9th Cir. R. 46-2(d). If Chung does not file a response to this order within 28 days, the court will take disciplinary action without further notice. *Id.*