UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: EDWARD CHARLES CHUNG, Esquire, Admitted to the Bar of the Ninth Circuit: August 1, 2018, | No. 23-80073 |
| Respondent. | ORDER |

Attorney Edward C. Chung is directed to show cause in writing why he should not be sanctioned in amount no less than $1,000, suspended, or disbarred from practice before this court for violating rules of professional conduct and for conduct unbecoming of a member of this court's bar. *See* Fed. R. App. P. 46(b)(1)(B), (c); 9th Cir. R. 46-2(a), (d), (i); Circuit Advisory Note to 9th Cir. R. 46-2; 9th Cir. Gen. Ord. 12.9(a); *see also Chambers v. Nasco, Inc.*, 501 U.S. 32, 45-50 (1991). The reply brief filed by Mr. Chung on behalf of Unimax Communications, LLC, at Dkt. 27 in *Unimax Communications, LLC v. T-Mobile US, Inc.*, No 24-6871, contains material represented as being quoted from caselaw that does not appear in those cases.

Mr. Chung's response is due within 28 days of this order. The response to the order to show cause may also include a request for a hearing. *See* 9th Cir. R. 46-2(d). If Mr. Chung does not request a hearing within 28 days, he will be deemed to have waived his right to a hearing. *See* Fed. R. App. P. 46(b), (c); 9th

Cir. R. 46- 2(d).  If Mr. Chung does not file a response to this order within 28 days, the court will take disciplinary action without further notice.  *Id.*

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT